UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WALTER CURTIS MOLES**                                                              **PLAINTIFF**

V.                             No. 4:20-CV-1513-BRW-JTR

**SHUNDREKA L. CARROLL, Lieutenant,**
**Arkansas Department of Corrections,** *et al.*                                **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge J. Thomas Ray. *Doc. 15*. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Moles is ALLOWED TO PROCEED with his excessive force claim against Carroll; Moles is ALLOWED TO PROCEED with his retaliatory disciplinary claim against Carroll, Summers, Lucas, and Officer Doe; all of Moles's other claims against Carroll, Summers, Lucas, and Officer Doe (for allegedly threatening to spit in his food, strip-searching him, and violating his due process rights with false disciplinary charges) are DISMISSED, WITHOUT PREJUDICE; Moles's claims against all other Defendants (Summers, Lucas, Officer Doe, Golden, Jackson, Straughn, Naylor, Collins, GC Does, IA Does, Cryer, Payne, Haycox, Reed, Graves, and Porter) are DISMISSED, WITHOUT PREJUDICE, and the

Clerk is directed to terminate these Defendants as parties to this action.

IT IS SO ORDERED this 30th day of November, 2021.


                                                                                                  BILLY ROY WILSON
                                                                           UNITED STATES DISTRICT JUDGE