IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WALTER CURTIS MOLES**      **PLAINTIFF**

VS.      No. 4:20-CV-01513-BRW

**SHUNDREKA L. CARROLL**, Lieutenant,
ADC, *et al.*      **DEFENDANTS**

## ORDER

Walter Moles has not complied with the January 24, 2022 Order directing him to file a notice of his current mailing address.[1] The time to do so has expired. His mail is being returned as undeliverable.[2] Thus, this case is dismissed without prejudice due to a lack of prosecution.[3] I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[4]

IT IS SO ORDERED this __25th__ day of __February__, 2022.

                     BILLY ROY WILSON
               UNITED STATES DISTRICT JUDGE

---

[1] Doc. 24.

[2] Docs. 23, 25, 26.

[3] Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

[4] 28 U.S.C. § 1915(a)(3).