IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WALTER CURTIS MOLES                                                                           PLAINTIFF

VS.                                      No. 4:20-CV-01513-BRW

SHUNDREKA L. CARROLL, Lieutenant,
ADC, *et al.*                                                                                    DEFENDANTS

## JUDGMENT

Based on the Order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this  25th  day of       February        , 2022.

_____
BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE